# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-02772-WDK-PLA | Date | November 21, 2017 |
| Title | J & J Sports Productions, Inc. v. Eboni J. Malone, et al. | | |

Present  The Honorable William D. Keller, United States District Judge

| Cheryl Wynn | None |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorneys Present for Plaintiffs:

None

Attorneys Present for Defendants:

None

**Proceedings:**     **(In Chambers) ORDER TO SHOW CAUSE**

Pursuant to the Court's Order issued October 16, 2017 (DE [45]), counsel were granted an extension to November 20, 2017 to file a stipulated dismissal.  The dismissal has not been filed.

Plaintiff is to file the stipulated dismissal **no later than November 22, 2017,** or notify the Court if settlement is no longer feasible.

**<u>Plaintiff's counsel is ordered to serve this minute order on all defendants within 48 hours from the date of this order.</u>**

IT IS SO ORDERED.

Initials of Preparer _____ cw